# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVEN E. RIPOLL | § | Docket No. 2:23-cv-04602 |
| Versus | § | Judge: Susie Morgan |
| ALLIED TRUST INSURANCE COMPANY | § | Magistrate Judge: Michael B. North |

## ORDER

Considering the above and foregoing Motion to Dismiss;

**IT IS ORDERED** that this matter be, and hereby is, **DISMISSED**.

**New Orleans, Louisiana, this 28th day of November, 2023.**

*[signature: Susie Morgan]*

**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**