MINUTE ENTRY
NORTH, M.J.
NOVEMBER 28, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| STEVEN E. RIPOLL | CIVIL ACTION |
|---|---|
| VERSUS | NUMBER: 23-04602 |
| ALLIED TRUST INSURANCE COMPANY | SECTION: "E"(5) |

A status conference in the above matter was held on this date.

PRESENT:   Christopher Galindo       Matthew Monson
           Mark Ladd

                                             _____
                                                  MICHAEL B. NORTH
                                             UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:45)